**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM STOCKWELL,** | ) CASE NO. 1:19 CV 1881 |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| vs. | ) **OPINION AND ORDER** |
| **HOME DEPOT USA, INC., et al.,** | ) |
| Defendant. | ) |

This case is before the Court on the Report and Recommendation of Magistrate Judge David A. Ruiz (R & R). **Doc #: 14**. Judge Ruiz recommends that the Court deny as premature Plaintiff William Stockwell's Motion for Default Judgment against Defendant Home Depot USA, Inc. (**Doc #: 13**) because he has failed to file an application for entry of default. Id.

The record shows that Plaintiff has now filed the requisite Application for Entry of Default. Doc #: 15. Accordingly, both the Motion for Default Judgment and the R & R are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                                 */s/ Dan A. Polster     November 1, 2019*
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**